IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERIC BAISDEN                                              PLAINTIFF

V.                                       CIVIL ACTION NO. 5:24-cv-21-DCB-BWR

LODGING AMERICA at                                DEFENDANTS
BROOKHAVEN, LLC
*doing business as* Holiday Inn Express,
Brookhaven; and
CERTIFIED HOSPITALITY
MANAGEMENT, LLC

## ORDER OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket:

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties.

SO ORDERED, this the  22nd  day of May, 2025.

                                                             s/David Bramlette
                                                             UNITED STATES DISTRICT JUDGE